**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **RODDY L. BAUGHT, JR.** | **Case No.: 4:22-CR-00004-CDL-MSH** |

## ORDER

Defendant was indicted on March 8, 2022, ECF No. 1, and arraigned on March 18, 2022, ECF No. 9. A pretrial conference is currently scheduled for April 14, 2022. Defendant requests a continuance of the pretrial conference and seeks to have the trial of the case continued to the Court's September 2022 jury trial term. The government does not oppose the motion. Specifically, Defendant needs additional time to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for September 2022, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 5th day of April, 2022.

S/ Clay D. Land
Clay D. Land, U.S. District Judge